**Order entered July 7, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-20-00582-CV

### IN THE INTEREST OF S.W., A CHILD

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-15911

### ORDER

Before the Court is appellee's July 2, 2021 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **August 9, 2021**. We caution appellee that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE